STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA  94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant Marshay Goodspeed

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MARSHAY GOODSPEED,<br><br>  Defendant. | No. CR 13-00094 EMC<br><br>**STIPULATION ADVANCING SENTENCING HEARING; [~~PROPO~~SED] ORDER**<br><br>Current Date:  May 28, 2014<br>Proposed Date: May 14, 2014<br>Time/Place:    2:30 p.m.; Courtroom 5 |

Due to the unavailability of defense counsel on the sentencing date set by the Court, the parties request that the sentencing hearing in this case be advanced from May 28, 2014, to **May 14, 2014, at 2:30 p.m.**, before this Court.

### BACKGROUND INFORMATION

On March 13, 2013, Ms. Goodspeed appeared before this Court and entered a plea of guilty on Count 1 of the indictment. At that appearance, the sentencing was set for May 28, 2014, at 2:30 p.m., although the Court stated that the parties may submit a stipulation to advance the sentencing date after obtaining approval from probation.

Counsel for the government has no objection to advancing the sentencing schedule. The Probation Officer, Mark Unalp, has also been contacted and has no objection to advancing the sentencing hearing or the proposed date.

//

Stip. Advancing Sent. Hearing; [Prop.] Order,
*Goodspeed*, CR 13-00094 EMC

1

1  Therefore, counsel request that the Court advance the sentencing hearing in this matter to
2  **May 14, 2014, at 2:30 p.m.**, and stipulate to same.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/s

Dated: March 17, 2014

BRANDON M. LeBLANC
Assistant Federal Public Defender

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

/s

Dated: March 17, 2014

NATALIE LEE
Assistant United States Attorney

### [P~~ROPO~~SED] ORDER

For the reasons stated above, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing for Defendant Marshay Goodspeed is ADVANCED from May 28, 2014, to **May 14, 2014, at 2:30 p.m.**, before the undersigned.

IT IS SO ORDERED.

Dated: March 19, 2014

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

Stip. Advancing Sent. Hearing; [Prop.] Order,
*Goodspeed*, CR 13-00094 EMC

2